**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONALD BEAUCHAMP,

    Plaintiff,

v.                                            Case No: 6:14-cv-2009-Orl-18TBS

BANK OF AMERICA, NA, BAC HOME
LOANS SERVICING, L.P., TRIPP
SCOTT P.A., JACQUELINE COSTOYA,
MATTHEW H. SCOTT, JENNA
PIOTROWSKI, LAUREN E. DELL and
JOHN M. MULLIN,

    Defendants.

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

\_\_✓\_\_ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 26, 2014

_____/s/ Beauchamp_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]

Ronald Beauchamp (Pro Se Party)
402 Seabreeze Blvd #1
Daytona Beach, FL 32118
386-405-3863