# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RONALD BEAUCHAMP**
*Plaintiff,*

vs

Case No.: 6:14-CV-2009-GKS-TBS

**BANK OF AMERICA, NA; BAC HOME
LOANS SERVICING, L.P, F/K/A
COUNTRYWIDE HOME LOANS
SERVICING L.P; TRIPP SCOTT P.A.;
JACQUELINE COSTOYA; MATTHEW
H. SCOTT; JENNA PIOTROWSKI;
LAUREN E. DELL; AND JOHN M.
MULLIN**
*Defendants.*



GRANTED and SO ORDERED this
___ day of _April_, 2015

G. KENDALL SHARP
United States District Judge

## MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

**COMES NOW** Plaintiff RONALD BEAUCHAMP hereby files this Motion for Enlargement of Time to file his response to Defendant's **Motion to Dismiss and Incorporate Memorandum of Law and Motion to Strike Vague Statements in** Complaint and requests a thirty (30) day extension of time to file and serve its Response in the above-styled cause. Plaintiff needs more time to perform an in-depth review and study on the case law submitted in Defendant's Motion to Dismiss. Plaintiff has conferred with Defendant's counsel via email regarding this Enlargement of Time and Defendant has agreed to this Extension.

**WHEREFORE,** Plaintiff respectfully requests that this Court grant its Motion for Enlargement of Time, allowing and additional thirty (30) days from current date of March 26, 2015, to file and Serve its Response in the above-styled cause.