**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO.: 6:14-cv-2009-GKS-TBS

RONALD BEAUCHAMP,

     Plaintiff,

v.

BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, L.P., F/K/A
COUNTRYWIDE HOME LONAS
SERVICING L.P.; TRIPP SCOTT P.A.;
JACQUELINE COSTOYA; MATTHEW H.
SCOTT; JENNA PIOTROSKI; LAUREN E.
DELL AND JOHN M. MULLIN,

     Defendants.

_____/

**BANK OF AMERICA'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS

SERVICING, L.P. ("Bank of America"), pursuant to Fed. R. Civ. P. 7.1, hereby disclose the

following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and

corporation that has or may have an interest in the outcome of this action — including subsidiaries,

conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of

a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.  Defendant Bank of America; Bank of America, N.A., is a wholly owned subsidiary of
        BANA Holding Corporation. BANA Holding Corporation is a wholly owned
        subsidiary of BAC North America Holding Company.  BAC North America Holding
        Company is a wholly owned subsidiary of NB Holdings Corporation.  NB Holdings
        Corporation is a wholly owned subsidiary of Bank of America Corporation.  BANA
        Holding Corporation owns 100 percent of Bank of America, N.A., a national banking
        association organized under federal banking laws. Bank of America Corporation is a
        publicly traded corporation, and no publicly-traded corporation owns more than 10%
        of Bank of America Corporation.

**CASE NO.: 6:14-cv-2009-GKS-TBS**

    b.  Plaintiff, Ronald Beauchamp;
    c.  Defendant, Tripp Scott P.A.;
    d.  Defendant, Jacqueline Costoya;
    e.  Defendant, Matthew H. Scott;
    f.  Defendant, Jenna Piotrowski;
    g.  Defendant, Lauren E. Dell;
    h.  Defendant, John M. Mullin;
    i.  Counsel for Defendant Tripp Scott P.A.;
    j.  Counsel for Defendant Bank of America;

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Other than the parties to this lawsuit, Bank of America is unaware of any alleged victims.

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

 /s/ Ashlie N. Tarpley
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
E-mail: akg@lgplaw.com
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
E-mail: akg@lgplaw.com
Attorneys for Bank of America, N.A.
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Fax:  (305) 379-9626

– 3 –

**CASE NO.: 6:14-cv-2009-GKS-TBS**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2<u>nd</u> day of April, 2015, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Ashlie N. Tarpley
ASHLIE N. TARPLEY

\\LGP-FS01\Data\645-15-HLI-2745\Pleadings & Orders (Working File)\Corporate Disclosure and Certificate of Interested Persons.docx

– 3 –