**UNITED STATES DISCTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONALD BEAUCHAMP

    Plaintiff,

vs.

CASE NO.: 6:14-CV-2009-GKS-TBS

BANK OF AMERICA, NA; BAC HOME
LOANS SERVICING, L.P, F/K/A
COUNTRYWIDE HOME LOANS
SERVICING L.P; JACQUELINE COSTOYA;
MATTHEW H. SCOTT; JENNA PIOTROWSKI;
LAUREN E. DELL; and JOHN M. MULLIN,

    Defendants.

_____/

**NOTICE OF SERVICE OF DEFENDANTS JACQUELINE COSTOYA, MATTHEW H. SCOTT, JENNA PIOTROWSKI, LAUREN E. DELL, AND JOHN M. MULLIN'S RULE 26(a)(1)(A) INITIAL DISCLOSURES**

**PLEASE TAKE NOTICE THAT** on May 20, 2015, the undersigned counsel for Defendants, JACQUELINE COSTOYA, MATTHEW H. SCOTT, JENNA PIOTROWSKI, LAUREN E. DELL, and JOHN M. MULLIN, served a true and correct copy of their Rule 26(a)(1)(A) Initial Disclosures to Plaintiff, RONALD BEAUCHAMP, via Certified U.S. Mail and Co-Defendants BANK OF AMERICA, N.A. and BAC HOME LOANS SERVICING, L.P. via electronic mail.

    Respectfully submitted this 20th day of May, 2015.

    s/ Charles J. Meltz
    CHARLES J. MELTZ, ESQUIRE
    Florida Bar No. 985491
    LAURA M. KELLY, ESQUIRE
    Florida Bar No. 106436
    Grower, Ketcham, Rutherford,

  Bronson, Eide & Telan, P.A.
P.O. Box 538065
Orlando, FL  32853-8065
Phone: (407) 423-9545
Fax:     (407) 425-7104
Primary Email: cjmeltz@growerketcham.com
Secondary Emails: enotice@growerketcham.com
                    jclinton@growerketcham.com
Counsel for Defendants, JACQUELINE COSTOYA,
MATTHEW H. SCOTT, JENNA PIOTROWSKI,
LAUREN E. DELL, and JOHN M. MULLIN

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of May, 2015, I served a true and correct copy of the foregoing to the following:  **Ashlie Tarpley, Esquire**, via electronic mail at ant@lgplaw.com; **Andrew Kemp-Gerstel, Esquire**, via electronic mail at akg@lgplaw.com; and **Ronald Beauchamp**, Self-Represented Plaintiff, via Certified U.S. Mail at 525 North Halifax Avenue, #3, Daytona Beach, Florida 32118.

                                        s/ Charles J. Meltz

11834/125