UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONALD BEAUCHAMP,

     Plaintiff,

v.                                Case No:   6:14-cv-2009-Orl-18TBS

BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, L.P.; JACQUELINE
COSTOYA; MATTHEW H. SCOTT;
JENNA PIOTROWSKI; LAUREN E.
DELL; and JOHN M. MULLIN,

     Defendants.

_____

## ORDER

     This case comes before the Court on Plaintiff Ronald Beauchamp's Motion for Leave of Court to File Amended Complaint (Doc. 52).   "A motion for leave to amend should either set forth the substance of the proposed amendment or attach a copy of the proposed amendment."   Long v. Satz, 181 F.3d 1275, 1279 (11th Cir. 1999) (citing Wisdom v. First Midwest Bank, 167 F.3d 402, 409 (8th Cir. 1999).   Plaintiff has not satisfied this requirement.   Accordingly, his motion is **DENIED without prejudice**. Plaintiff has 14 days from the date of this Order within to file a new motion for leave to file an amended complaint.

     **DONE** and **ORDERED** in Orlando, Florida on June 3, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

> Plaintiff, pro se
> Counsel of Record